FILED
CLERK, U.S. DISTRICT COURT

FEB 23 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GARDNER, | Case No. CV 09-2088-VBF (JEM) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JAMES D. HARTLEY, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and dismissed with prejudice.

DATED: 2-23-10

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE